O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLIFFORD A. ASHING,                         )        CASE NO. 09-09343 RZ
                                            )
                         Plaintiff,         )
                                            )        JUDGMENT OF REMAND
            vs.                             )
                                            )
MICHAEL J. ASTRUE, Commissioner             )
of Social Security,                         )
                                            )
                         Defendant.         )
_____   )

        In accordance with the Memorandum Opinion and Order filed concurrently

herewith,

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

of Social Security is reversed and the  matter is remanded to the Commissioner for further

proceedings consistent with the Memorandum Opinion.


        DATED:  August 19, 2010


                                            _____
                                            RALPH ZAREFSKY
                                            UNITED STATES MAGISTRATE JUDGE